GLEN VIEW DEVELOPMENT CO., PLAINTIFF-PETITIONER, v. PUBLIC SERVICE ELECTRIC AND GAS CO., DEFENDANT-RESPONDENT.

*Messrs. Evoy & Feinberg* for the petitioner.

*Mr. John F. McDonald* for the respondent.

April 14, 1970.  Granted.

WINDSWEPT COUNTRY HOMES, INC., PLAINTIFF-PETITIONER, v. PLANNING BOARD OF THE TOWNSHIP OF SPARTA, SUSSEX COUNTY, NEW JERSEY, DEFENDANT-RESPONDENT.

WINDSWEPT COUNTRY HOMES, INC., PLAINTIFF-PETITIONER, v. ZONING BOARD OF ADJUSTMENT OF THE TOWNSHIP OF SPARTA, SUSSEX COUNTY, NEW JERSEY, DEFENDANT-RESPONDENT.

*Messrs. Shavick, Stern, Schotz, Steiger & Croland* for the petitioner.

*Messrs. Dolan & Dolan, Mr. Francis E. Bright* and *Mr. Richard H. Downes* for the respondents.

April 14, 1970.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. LACEY OATES, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

April 14, 1970.  Denied.